FILED - MQ
October 28, 2008 1:42 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__cep/_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

EUGENE WALTER GEORGE RANTANEN,

  Defendant.
_____/

No.

Hon.

**2:08-cr-50**
Robert Holmes Bell, U.S. District Judge

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
### (Aggravated Sexual Abuse)

In or about August 2006, in Baraga County, in Indian Country, on land held in trust by the United States for the use of the Keweenaw Bay Indian Community, in the Northern Division of the Western District of Michigan,

**EUGENE WALTER GEORGE RANTANEN,**

the defendant, an Indian, did knowingly cause S.P, a female Indian, to engage in a sexual act, to wit, penis to vulva contact, by using force against S.P.

18 U.S.C. § 2241(a)(1)
18 U.S.C. § 2246(2)(A)
18 U.S.C. § 1151
18 U.S.C. § 1153

## COUNT 2
### (Aggravated Sexual Abuse)

In or about August 2006, in Baraga County, in Indian Country, on land held in trust by the United States for the use of the Keweenaw Bay Indian Community, in the Northern Division of the Western District of Michigan,

### EUGENE WALTER GEORGE RANTANEN,

the defendant, an Indian, did knowingly cause S.P, a female Indian, to engage in a sexual act, to wit, finger to vulva penetration, by using force against S.P., with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

**18 U.S.C. § 2241(a)(1)**
**18 U.S.C. § 2246(2)(C)**
**18 U.S.C. § 1151**
**18 U.S.C. § 1153**

## COUNT 3
### (Sexual Abuse of a Minor)

In or about August 2006, in Baraga County, in Indian Country, on land held in trust by the United States for the use of the Keweenaw Bay Indian Community, in the Northern Division of the Western District of Michigan,

### EUGENE WALTER GEORGE RANTANEN,

the defendant, an Indian, did knowingly engage in a sexual act, to wit, penis/vulva contact, with S.P., a female Indian, who had attained the age of twelve years but not the age of sixteen years and who was at least four years younger than the defendant.

18 U.S.C. § 2243(a)
18 U.S.C. § 2246(2)(A)
18 U.S.C. § 1151
18 U.S.C. § 1153

## COUNT 4
### (Sexual Abuse of a Minor)

In or about August 2006, in Baraga County, in Indian Country, on land held in trust by the United States for the use of the Keweenaw Bay Indian Community, in the Northern Division of the Western District of Michigan,

**EUGENE WALTER GEORGE RANTANEN,**

the defendant, an Indian, did knowingly engage in a sexual act, to wit, finger/vulva penetration, with S.P., a female Indian, who had attained the age of twelve years but not the age of sixteen years and who was at least four years younger than the defendant, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

18 U.S.C. § 2243(a)
18 U.S.C. § 2246(2)(C)
18 U.S.C. § 1151
18 U.S.C. § 1153

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

PAUL D. LOCHNER
Assistant United States Attorney