UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE WALTER GEORGE RANTANEN,

    Defendant.
_____/

Case No. 2:08-cr-50

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 23, 2014, on a warrant issued in conjunction with a Petition for Warrant or Summons for Offender Under Supervision (docket #130), alleging multiple violations of the defendant's terms of supervised release.  At the initial appearance, the defendant waived his right to a preliminary hearing and requested that a revocation hearing be set before a district judge.  The government moved for the detention of defendant pending further proceedings.  Defense counsel indicated to the court that he needed time to prepare for a detention hearing and revocation proceedings.  Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  June 24, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge