UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 2:08-cr-50
    HON. PAUL L. MALONEY

Eugene Walter George Rantanen,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 22, 2018, for an appearance after being arrested on a petition for warrant for offender under supervision. He was advised of his rights, the charges and penalties.

The government requested the defendant be detained, which was supported by the probation department. Defendant will be given time to consult with counsel with regard to preliminary and detention hearings and they will be scheduled at the request of his counsel.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                           */s/ Timothy P. Greeley*
                                                           TIMOTHY P. GREELEY
                                                           UNITED STATES MAGISTRATE JUDGE

Dated: January 22, 2018