UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:08-cr-50

v.        HON. PAUL L. MALONEY

EUGENE WALTER GEORGE RANTANEN,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On January 17, 2018, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging three violations of the defendant's conditions of supervised release.  That petition was amended on March 30, 2018.

An initial appearance was conducted on January 22, 2018, at which time the defendant was advised of the violations, his rights and penalties.

On June 11, 2018, the parties appeared before the undersigned for a revocation hearing and defendant submitted a waiver of his right to appear before a district judge.  At this time, the defendant admitted to all violations set forth in the amended petition. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth in violations #1, 2, and 3 of the amended petition.

Date:  June 12, 2018        /s/ Timothy P. Greeley
        TIMOTHY P. GREELEY
        United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than seven days after the plea hearing.  See W.D. MICH. L.CR.R. 11.1(d).