UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:08-cr-00050.

v.        HON. PAUL L. MALONEY

Eugene Walter George Rantanen,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On January 17, 2018 , a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging three violations of the defendant's conditions of supervised release.  That petition was amended on March 30, 2018

An initial appearance was conducted on January 22, 2018, at which time the defendant was advised of the violations, penalties and his rights.

On June 11, 2018, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to a preliminary hearing, a revocation hearing, to appear before a district judge, and his right to allocution and sentencing before a district judge.  Thereafter, the defendant admitted to violations #1, 2, and 3 as set forth in the amended petition.  The June 12, 2018 report and recommendation recommending acceptance of the admission was adopted by the district judge on July 2, 2018 accepting defendant's admission to those violations.

On August 7, 2018 the parties again appeared before the undersigned for sentencing.  For the reasons stated on the record, it is recommended that attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.


Date:    August 8, 2018                     /s/ Timothy P. Greeley
                                                                             TIMOTHY P. GREELEY
                                                                             United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to <u>de novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).