UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Case No. 2:08-cr-50

v.                                                       HONORABLE PAUL L. MALONEY

EUGENE WALTER GEORGE RANTANEN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 227). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2.    Defendant's admission of guilt is accepted and defendant is adjudicated guilty of violations One, Two, and Three of the petition. A judgment shall issue.

Dated: August 23, 2018                                    /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                                United States District Judge